# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DAMIEN BRAND,<br><br>        Petitioner,<br><br>    v.<br><br>ROBERT A. HOREL, Warden,<br><br>        Respondent. | No. CV 07-3525-VBF (PLA)<br><br>**JUDGMENT** |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: 5-5-10

*Valerie Baker Fairbank*
HONORABLE VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE